Granted to 8/17/15
Barbara Hervey
7-29-15

FILED IN
COURT OF CRIMINAL APPEALS
AUG 04 2015
Abel Acosta, Clerk

COA CASE NO. 14-14-00868-CR
PD-0764-15

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 03 2015
Abel Acosta, Clerk

TRAN ASHLEY      Tr. Ct No. 1410050
1960706
B-6-18 Plane Jail          to:

A quien Responda Court of Criminal Appeals.
les escribo esta Carta con motivo de explicarles que
e echo como 6, 1-60 para ir a la Law Library y pues
no me an hablado, estuvimos lock down desde el 4 de
Julio hasta el 17 de Julio, despues yo e submitido los
1-60, pero no me an hablado pues, yo le pido a Uds
que me Ayuden que que puedo hacer, si no me hablan
antes de la fecha que me dieron 8/17/15 y pues ya
mero es, yo necesito la Apelacion porfavor me urge
y pues de Verdad no se que hacer pues aki les mando
una prueba que hice un Grievance porq' no me hacen caso
Señor(a), y pues sigo poniendo 1-60 bueno si ay otra
forma como podria llenar la Peticion for discretionary Review
si podrian Ayudarme, por favor Contestenme patras
tengo Mi hija haya Afuera, ella Se llama Diana Tran tiene
21 Años y pues el cell. de ella es 832-869-52-01. Si podian
hablarle darle Respuesta que es lo que podria hacer si
podemos agarrar un Abogado paque meta la Peticion
de discretionary Review; Mi hija esta dispuesta a Ayudarme
tengo un hijo Special el es Autista y esta enfermito del
Corazon, por favor, Necesito Ayuda. para poder Meter
la forma, Que Diosito lo bendiga; Gracias a Ud y a
my Señor Jesucristo tengo Fe; que tu poderosa mano se
mueva y cumpla tus propositos. My Dios de la Gloria.
ya les explique lo Sucedido. Contestenme patras porfavor;

# Texas Department of Criminal Justice

## STEP 1

## OFFENDER GRIEVANCE FORM

OFFICE USE ONLY

Grievance #: _____

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: Ashley Tran      TDCJ # 1960706

Unit: plane St LJ      Housing Assignment: B6-18

Unit where incident occurred: plane St LJ

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _____ When? _____

What was their response? _____ JUL 27 2015

What action was taken? _____

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

I had Some one write this in english for me
# I Have Been Submitting I-60's to the
law library so I can get information
That I need for a petition for Discretionary
review. I Have a limited time to get this
done, and sent to The Court of Criminal Appeals
By Aug 17, 2015 I have sent at least 5
I-60's to Law Library and I even made
Sure to put them in law Library Box! I Still
Have yet to recieve a lay in to go to
Library      JUL 27 2015

I speak, read, and write 2015
in Spanish      JUL 2

I-127 Front (Revised 11-2010)      YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM      (OVER)

Appendix F

# Texas Department of Criminal Justice
## INSTRUCTION ON HOW TO WRITE AND SUBMIT GRIEVANCES

1.  *Grievance forms are available from the law Library, housing area, shift supervisors, or by contacting the unit grievance office.* After completely filling out the form, place it in the grievance box yourself or hand it directly to the grievance investigator on your unit. *Step 2 appeals must be accompanied by the original, answered Step 1.*

2.  An attempt to informally resolve your problem must be made before filing a grievance. ***Informal resolution*** is defined as any attempt to solve the issue at hand and must be noted on the Step 1 grievance form (I-127). You have 15 days from the date of the alleged incident or occurrence of the issue presented in which to complete the Step 1 grievance form and forward it to the Unit Grievance Investigator (UGI). The Step 1 process may take up to 40 days from the date the unit grievance office receives the Step 1 form to respond. If you are not satisfied with the Step 1 response, you may appeal the Step 1 decision by filing a Step 2 (I-128). You have 15 days from the date of the Step 1 signature to submit the Step 2 to the grievance investigator on the unit. The Step 2 process may take up to 35 days to provide you a written response or 45 days for medical grievances. ***Present only one issue per grievance.***

3.  *Additional time* may be required in order to conduct an investigation at either Step 1 or Step 2 and in either case; you will be *notified of the extension in writing.*

4.  *Complete your grievance using the typewriter or dark ink. If you need assistance filing a grievance or understanding a response, contact your Unit Grievance Investigator.*

5.  *The following issues are grievable through the Offender Grievance Procedure.* Remember that you may only file a grievance on issues that PERSONALLY APPLY TO YOU.
    *   The interpretation or application of TDCJ policies, rules, regulations, and procedures.
    *   The actions of an employee or another offender, including denial of access to the grievance procedure.
    *   Any reprisal against you for the good faith use of the grievance procedure or Access to Courts;
    *   The loss or damage of authorized offender property possessed by persons in the physical custody of the Agency, for which the Agency or its employees, through negligence, are the proximate cause of any damage or loss.
    *   Matters relating to conditions of care or supervision within the authority of the TDCJ, for which a remedy is available.

6.  *You may not grieve:*
    *   State or Federal Court decisions, laws and/or regulations;
    *   Parole decisions;
    *   Time-served credit disputes which should be directed to the Classification and Records, Time Section;
    *   Matters for which other appeal mechanisms exist;
    *   Any matter beyond the control of the agency to correct.

7.  *Grievances that do not meet the following established screening criteria will be returned to you unprocessed;* however, most grievance may be corrected and resubmitted within 15 days from the signature date on the returned grievance.
    *   Grievable time period has expired. (Step 1 grievances must be submitted within 15 days from the date of incident and Step 2 Appeals must be submitted within 15 days from the date of the signature on the Step 1.)
    *   Submission in excess of 1 every 7 days. (All grievances received in the grievance office will be reviewed; however, only one grievance will be processed every Seven days [with the exception of disciplinary, specialty, and emergency grievances].)
    *   Originals not submitted. (Carbon copies are not considered originals even if they have an original signature. The original answered Step 1 must be submitted with a Step 2 Appeal.)
    *   Inappropriate/excessive attachments. (Your grievance must be stated on one form and in the space provided. Attach only official documents that support your claim, such as I-60's, sick call requests, property papers, and other similar items).
    *   No documented attempt at informal resolution. (You are required to attempt to resolve issues with a staff member prior to filing a grievance. Remember, the attempt must be documented in the space provided on the I-127 from.)
    *   No requested relief is stated. (The specific action required to resolve the complaint must be clearly stated in the space provided.)
    *   Malicious use of vulgar, indecent, or physically threatening language directed at an individual.
    *   The issue presented is not grievable (Refer to #6 above). **Disciplinary appeals will not be processed until after the disciplinary hearing.**
    *   Redundant. (You may not repeatedly grieve matters already addressed in a previous grievance)
    *   The text is illegible/incomprehensible. (Write your grievance so that it can be read and understood by anyone.)
    *   Inappropriate. (You may not ask for monetary damages or any form of disciplinary action against staff.)

8.  *Do not use a grievance form to comment on the effectiveness and credibility of the grievance procedure; instead, submit at letter or I-60 to the Administrator of the Offender Grievance Program.*